258

Opinion by OLIVER, P. J. It was stipulated that the goatskins are similar in all material respects to those the subject of *United States* v. *Winograd Bros.* (32 C. C. P. A. 153, C. A. D. 302), which record was admitted in evidence herein. In accordance therewith the claim for free entry under paragraph 1681 was sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 5, 1945

**No. 50449.**—Protest 92983–K of Welansky & Goldberg (New York).

Opinion by LAWRENCE, J. The plaintiff submitted uncontradicted evidence consisting of samples of the imported merchandise, oral testimony, and corroborative printed descriptive matter with pictorial representations illustrating the use of said articles as sewing-machine parts in sewing machines valued at less than $75 each. On the established facts it was held that the articles represented by the invoice items above enumerated are properly dutiable as claimed.

BEFORE THE THIRD DIVISION, SEPTEMBER 5, 1945

**No. 50450.**—Protests 25323–K, etc., of Foster Canning Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein. In accordance therewith the protests were sustained as claimed.

**No. 50451.**—Protests 69950–K, etc., of Foster Canning Co., Inc. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P. A. 175, C. A. D. 304), which record was incorporated herein. In accordance therewith the protests were sustained as claimed.

**No. 50452.**—Protest 87056–K of Foster Canning Co., Inc. (Boston).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dog food similar in all material respects to that the subject of *Corporacion Argentina de Productores de Carnes* v. *United States* (32 C. C. P A. 175, C. A. D. 304), which record was incorporated herein. In accordance therewith the protest was sustained as claimed.